**Order entered March 29, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00057-CV

### LOU D. VASQUEZ AND NILDA A. VASQUEZ, Appellants

### V.

### FIREBIRD SFE I, LLC, Appellee

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-18-05077-E**

## ORDER

The reporter's record in this appeal is past due. By postcard dated February 12, 2019, we notified Vikki Ogden, Official Court Reporter for County Court at Law No. 5, To date, Ms. Ogden has failed to comply with the Court's directive.

Accordingly, we **ORDER** Vikki Ogden to file, within **FIFTEEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellants have not paid for or made arrangements to pay for the reporter's record. *We notify appellants that if we receive verification they have not requested the reporter's record or paid for or made arrangements to pay for the reporter's record, we will order the appeal submitted without the reporter's record. See* Tex. R. App. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order to:

Honorable Mark Greenberg
Presiding Judge
County Court at Law No. 5

Vikki Ogden
Official Court Reporter
County Court at Law No. 5

All parties

                                        /s/    ROBERT D. BURNS, III
                                               CHIEF JUSTICE